An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOREEN SUSAN BRYAN,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 68074

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Second Judicial District Court, Washoe County; Janet J. Berry, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on May 13, 2014, the notice of appeal is untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). To the extent that appellant attempts to appeal from the district court's decision on a post-conviction petition for a writ of habeas corpus, review of the district court docket and minute entries reveals that no decision, oral or written, had been made on the petition when appellant filed her appeal. Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15- 29441

cc: Hon. Janet J. Berry, District Judge
Doreen Susan Bryan
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk